# EXHIBIT 1

COPY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

TASHIA TAYLOR,

    Plaintiff,

Vs.                         Case No. 10-cv-243 TCK FHM

RIVERSIDE BEHAVIORAL HEALTH,
MIKE KISTLER, and MARGARET KOCH

    Defendants.



### DEPOSITION OF TASHIA TAYLOR
TAKEN ON BEHALF OF THE DEFENDANTS
ON NOVEMBER 22, 2010, BEGINNING AT 8:55 A.M.
IN TULSA, OKLAHOMA

**APPEARANCES:**

On behalf of the PLAINTIFF:

**Tashia Taylor, Pro Se**
10804 East 15th Street
Tulsa, Oklahoma 74128

On behalf of the DEFENDANTS:

**William T. Fiala**
WALLER, LANSDEN, DORTCH & DAVIS
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380
bill.fiala@wallerlaw.com

ALSO PRESENT:  Jordan Cooke

REPORTED BY:  D. Luke Epps, CSR, RPR

**PROFESSIONAL REPORTERS**

TULSA, OK
918.583.8600  405.272.0559 FAX

OKLAHOMA CITY, OK
405.272.1006  405.272.0559 FAX

CORPORATE OFFICE   511 Couch Drive, Suite 100   Oklahoma City, OK 73102

FAYETTEVILLE, AR
479.587.1006  866.603.0559 FAX

```
 1     Riverside?

 2        A    Yes, he did.

 3        Q    What did he say?

 4        A    I don't remember.

 5        Q    Why did he tell you about that opening?

 6        A    Because I was looking for a job.

 7        Q    Do you still plan to go to law school?

 8        A    Yes, I do.

 9        Q    When do you plan to do that?

10        A    In the near future.

11        Q    Make this Number 1, please.  When were

12     you actually hired by Riverside?

13            (Exhibit 1 marked for identification)

14        A    July 11th of 2007.

15        Q    What was your position when you were

16     hired?

17        A    A mental health tech.

18        Q    Who did you interview with?

19        A    La Tanya Sales and I don't remember the

20     other guy's name.

21        Q    Was Mike Kistler the CEO when you were

22     hired?

23        A    Yes.

24        Q    Was Margaret Koch employed there when

25     you were hired?
```

1          A    I don't remember.  No, she was not.  No,
2    she was not.
3          Q    **Why did you apply at Riverside?**
4          A    Because I was looking for a job.
5          Q    **What are the job responsibilities of a**
6    **mental health tech?**
7          A    I don't remember.
8          Q    **What did you do while you worked at**
9    **Riverside?**
10         A    Supervised patients.
11         Q    **Were the job descriptions explained to**
12   **you when you were hired?**
13         A    Yes.
14         Q    **I'll take that one back so you don't**
15   **have a big stack of documents by the end.  Does**
16   **this appear to be the job description for a**
17   **mental health technician?**
18         A    Yes.
19         Q    **Is that your signature on the second**
20   **page?**
21         A    Yes, it is.
22         Q    **And are mental health technicians**
23   **referred to as MHTs?**
24         A    Yes.
25         Q    **You'll know what I mean if I say MHT**

```
 1   today?

 2       A    Yes.

 3       Q    Will you take a look at this and let me

 4   know if this accurately describes your job

 5   responsibilities as an MHT during your time at

 6   Riverside?  If something is not accurate, please

 7   just let me know.  Can we mark this as 2 while

 8   she's taking a look at it?

 9            (Exhibit 2 marked for identification)

10       A    I'm sorry.  What was your question?

11       Q    I asked you to take a look at the job

12   description and let me know if any of this

13   doesn't accurately describe your

14   responsibilities as an MHT at Riverside.

15       A    It accurately describes the job duties.

16       Q    Is that your signature on the document

17   that I just handed to you?

18       A    Yes, it is.

19       Q    What is this document?

20       A    The Shadow Mountain Behavioral Health

21   Systems pre-employment considerations.

22       Q    Is this something that was given to you

23   when you were first hired at Shadow Mountain to

24   give you an idea of what to expect in a position

25   of an MHT?
```

```
 1        A    Yes.

 2        Q    They discussed the patient rights.  You

 3   were trained on Satori?

 4        A    Yes.

 5        Q    Mark that as 10, please.  Is that your

 6   handwriting at the top of this document?

 7        (Exhibit 10 marked for identification)

 8        A    No.

 9        Q    Okay.  Is that your handwriting on this

10   document?

11        A    Yes, it is.

12        Q    What is Satori?

13        A    I don't remember.

14        Q    Do you remember being trained in

15   something called Satori?

16        A    Yes.  Yes.

17        Q    What was the training about?

18        A    I don't remember.  Deescalation.

19        Q    How to deal with violent patients?

20        A    Yes.

21        Q    Alternatives to managing aggression?

22        A    Yes.

23        Q    Did you think Satori was important?

24        A    Yes.

25        Q    Did you think it was effective?
```

```
 1        A    No.

 2        Q    Why not?

 3        A    Deescalation in my own personal opinion

 4   works, but you have to have rapport with that

 5   patient.   The maneuvers we were taught during

 6   Satori didn't work at all.

 7        Q    What sort of maneuvers were you taught

 8   during Satori?

 9        A    I don't remember.

10        Q    You just remember that they weren't

11   effective?

12        A    Yes.

13        Q    What method do you think would be more

14   effective?   You mentioned to have rapport?

15        A    Yes.

16        Q    What does that mean?

17        A    Just having a personal bond with that

18   patient.   They have to trust you, respect you in

19   order for you to get them to comply.

20        Q    Are you suggesting that if a patient is

21   acting violent, you try to talk to them instead

22   of physically trying to restrain them?

23        A    Yes.

24        Q    Did you use that method during your

25   employment at Riverside?
```

```
 1        A    Yes.

 2        Q    Did it work?

 3        A    Yes.

 4        Q    Did you ever have a situation where

 5    gaining a rapport with the patient didn't work

 6    at Riverside?

 7        A    Yes.

 8        Q    And what did you do in that situation?

 9        A    Bring in another staff member.

10        Q    Bring in another staff member to do

11    what?

12        A    To see if they could assist the

13    de-escalate.

14        Q    Mark this as 11, please.  Is that your

15    handwriting on the top of this document?

16        (Exhibit 11 marked for identification)

17        A    Yes.

18        Q    And this is a Satori competency

19    assessment from 2008, is that correct?

20        A    Yes.

21        Q    Mark this as 12, please.  Do you

22    remember being trained in avoiding kicks?

23        (Exhibit 12 marked for identification)

24        A    Yes.

25        Q    Do you remember being trained in dealing
```

1    with hair pulls?

2         A    Yes.

3         Q    Do you remember being trained in dealing

4    with bites?

5         A    Yes.

6         Q    Did you use those methods during your

7    employment with Riverside?

8         A    Hair pulling, yes.

9         Q    How did you avoid hair pulling under the

10   Satori method?

11        A    My hair was pulled out.  It didn't work.

12        Q    Do you have to deal with hair pulls at

13   your current job?

14        A    Yes.

15        Q    What method do you use there to avoid

16   it?

17        A    We use a method called CCMS.

18        Q    What is CCMS?

19        A    I don't remember the acronym.  We have

20   so many acronyms.

21        Q    What is the purpose for CCMS?

22        A    It's kind of like Satori except it's

23   better.  It works.

24        Q    How is it better than Satori?

25        A    Satori was a bunch of nonsense.  This is

```
 1   a way to help -- CCMS is a way that helps to

 2   protect you from getting harmed.  Satori should

 3   have served that purpose, but in my own personal

 4   opinion, it didn't.

 5       Q    Is this your handwriting on the document

 6   I've just handed you?

 7       A    Yes, it is.

 8       Q    Is this a test you took regarding abuse

 9   and neglect?

10       A    Yes.

11       Q    Did you receive training on abuse and

12   neglect?

13       A    Yes.

14       Q    Mark this as Number 13, please.  Is this

15   your signature on the document I just handed

16   you?

17       (Exhibit 13 marked for identification)

18       A    Yes.

19       Q    Is this an acknowledgment that you

20   completed training on abuse and neglect?

21       A    Yes.

22       Q    Mark this as 14, please.  Is this your

23   handwriting on the document I just handed you?

24       (Exhibit 14 marked for identification)

25       A    Yes.
```

```
 1        Q    Is this a written exam about decreasing
 2   the risk of seclusion and restraint?
 3        A    Yes.
 4        Q    Do you remember receiving training on
 5   decreasing the risk of seclusion and restraint?
 6        A    If that was Satori, yes.
 7        Q    Mark this as 15, please.  What sort of
 8   duties did you perform when you were initially
 9   hired as an MHT at Riverside?
10        (Exhibit 15 marked as identification)
11        A    Supervision of the patients,
12   rehabilitative group.
13        Q    Okay.  Walk me through a typical day.
14   What did you do when you first showed up in the
15   morning?
16        A    I don't remember.
17        Q    What is Riverside?
18        A    It's an inpatient mental health
19   facility.
20        Q    Are there adults and children there or
21   just children?
22        A    Children and adolescents.
23        Q    How old?
24        A    The children, I'm not for sure what age.
25   Adolescents could range from the age of 11 to
```

1    17.

2         Q    Did you work with children and

3    adolescents?

4         A    I mostly work with the adolescents.

5         Q    What did you do when you showed up in

6    the morning?

7         A    Shift change.

8         Q    Did you clock in?

9         A    Yes.

10        Q    You used a time clock?

11        A    Yes.

12        Q    Then what did you do?

13        A    Go to the unit.

14        Q    What unit were you initially assigned

15   to?

16        A    Initially I was assigned to the autism

17   unit.

18        Q    Is that in a specific department?

19        A    No.

20        Q    Okay.  When you say unit, what does that

21   refer to?

22        A    I don't understand your question.

23        Q    Is there a specific portion of the

24   facility that is only occupied by children and

25   adolescents with autism?

 1      A    And Asperger's, yes, that particular
 2   unit.
 3      Q    **Are they separated from the rest of the**
 4   **facility?**
 5      A    No.
 6      Q    **Are their rooms in a specific part of**
 7   **the facility?**
 8      A    Yes.
 9      Q    **How long were you on the autism unit?**
10      A    For about six months.
11      Q    **Did you like the autism unit?**
12      A    I did.
13      Q    **What did you like about it?**
14      A    Mostly the kids.
15      Q    **What was your interaction with the kids?**
16      A    I don't understand your question.
17      Q    **I'm trying to get an idea of what you**
18   **did as far as your job duties are when you were**
19   **initially hired and were on the autism unit.**
20      A    It was basically the same.  I was still
21   an MHT.
22      Q    **What does an MHT do?  I've never worked**
23   **at a psychiatric facility.**
24      A    I don't recall.  I can tell you that I
25   supervised them.  I watched them.  We did

1          A    I don't remember.

2          Q    **Who else besides the nurse did you**

3   **consider to be in a supervisory role?**

4          A    The clinical director.

5          Q    **Who was that?**

6          A    David Goodgame.

7          Q    **Anyone else?**

8          A    No.

9          Q    **Where did you move after you left the**

10  **autism unit?**

11         A    The south unit.

12         Q    **How did that transfer come about?**

13         A    They had an opening for Monday through

14  Friday, and I received a call from Grey

15  McKellar.

16         Q    **About what month would that have been**

17  **that you were transferred to the south unit?**

18         A    January of 2009.  I'm sorry.  2008.

19         Q    **What types of patients are on the south**

20  **unit?**

21         A    We were called the trash can unit, so we

22  had a little bit of everything.

23         Q    **What does the trash can unit mean?**

24         A    I don't know.  They just threw whoever

25  they wanted to on that unit.  That's why they

```
 1    called it the trash can unit.

 2         Q    Did you want to be transferred to the

 3    south unit?

 4         A    Yes.

 5         Q    Why did you want to be transferred to

 6    the south unit?

 7         A    Because the hours were better.

 8         Q    Do you have autistic children in your

 9    current position that you monitor?

10         A    No.

11         Q    Do you remember filling out this form

12    asking to be transferred from the autism unit?

13         A    Yes.

14         Q    Is that your signature on this document?

15         A    Yes, it is.

16         Q    Why did you indicate you wanted to be

17    transferred from the autism unit?

18         A    "It is a better schedule for me.  I am

19    really tired of getting beat up by the kids on

20    the autism unit."

21         Q    Were you getting beat up by the kids on

22    the autism unit?

23         A    Yeah.  They were really aggressive.

24         Q    You still liked it, though?

25         A    Yes.
```

1      Q    Was the main reason for the transfer the

2   better hours?

3      A    Yes.

4      Q    You asked to go to the north unit, is

5   that correct?

6      A    Yes.

7      Q    What's the north unit?

8      A    Just another unit.

9      Q    Did they have a nickname?

10      A    No.

11      Q    What type of patients are on the north

12   unit?

13      A    Mentally retarded, MR kids.

14      Q    Are the same types of patients on the

15   north unit and the south unit?

16      A    No.

17      Q    What's the difference?

18      A    The kids on the north unit were more

19   severely MR than those on the south unit.

20      Q    Was the south unit a more desirable unit

21   than the north unit?

22      A    No.

23      Q    Why not?

24      A    Because they were the trash can unit.

25   Nobody wanted to go there.

```
 1        Q    So the more severely disabled children
 2   on the north unit are better to work with than
 3   the children on the south unit?
 4        A    Yes.  They were less aggressive.
 5        Q    Mark that as 16, please.  So you
 6   requested to be transferred looks like November
 7   of '07?
 8        (Exhibit 16 marked for identification)
 9        A    Yes.
10        Q    And then you were eventually transferred
11   around January of '08, you think?
12        A    Yes.
13        Q    You were happy with that transfer?
14        A    I was happy with the hours, yes.
15        Q    Do you think there was anything
16   discriminatory about the transfer from the
17   autism unit to the south unit?
18        A    No.
19        Q    Who was your supervisor on the south
20   unit?
21        A    The nurse.
22        Q    Do you remember the name of the nurse on
23   the south unit?
24        A    I don't.  It was one nurse for the
25   entire facility.
```

```
 1      Q    Okay.   Thank you.   About how many

 2   patients would there be at any one time at

 3   Riverside?

 4      A    At first we started out with eight per

 5   unit, so that was 32 because we only had four

 6   units, and then we moved up to nine per unit

 7   because they wanted the new building, and then

 8   when the three units opened up in the new

 9   building, so that's seven units and then we went

10   back to eight, so seven times eight is, what,

11   56, 72.  I don't know.

12      Q    Okay.   How long were you on the south

13   unit?

14      A    From January of '08 until May of '09.

15      Q    So is that the remainder of your

16   employment?

17      A    Yes.

18      Q    Did you have any other supervisors?

19      A    During the duration they made up

20   positions, unit coordinators, and there's

21   another one, but I don't remember the name of

22   it.

23      Q    Do you remember who your unit

24   coordinator was?

25      A    For a short time, it was Michelle
```

1        Q    You just happened to be working on the

2    same unit during the same hours is why you call

3    him your partner?

4        A    Yes.

5        Q    Do you consider Mr. Stone your friend?

6        A    Yeah, I do.

7        Q    Did you guys work together a lot back in

8    that time period?

9        A    Yes, we did.

10        Q    Did you help each other out during that

11    time period?

12        A    What do you mean help each other out?

13        Q    Assist each other at work?

14        A    Assist each other how?

15        Q    If you needed help with the patients,

16    did he help you?

17        A    Yes.

18        Q    Was there a process by which a patient

19    could file a complaint against an employee?

20        A    Yes.

21        Q    Were those complaints called grievances?

22        A    Yes.

23        Q    Did you ever have any grievances filed

24    against you?

25        A    Yes.

```
 1        Q    Do you remember when the first grievance

 2   filed against you happened?

 3        A    I don't.

 4        Q    Have you ever seen this document before?

 5        A    No.

 6        Q    Do you remember receiving a grievance or

 7   patient complaint that you hit and kicked her?

 8        A    No.

 9        Q    You mentioned that the patients referred

10   to you as TT, is that correct?

11        A    Yes.

12        Q    Do you ever remember discussing an

13   allegation with anyone at Riverside regarding

14   allegedly kicking or hitting a patient?

15        A    No.

16        Q    Mark this as 17, please.  Let me know if

17   you need to take a break at some point.

18        (Exhibit 17 marked for identification)

19        A    At about 10:40 I probably should go feed

20   the meter.

21        Q    Okay.  I think they all let you park in

22   this building and get it taken care of.

23        A    Yeah.  I didn't know that until she said

24   something.

25        Q    Okay.  We'll take a break then let's say
```

1        Q    Do you remember what happened in this

2    incident that resulted in this report to OCA?

3        A    No.

4        Q    Was Ms. Koch involved in any way in this

5    report to OCA that you're aware of?

6        A    I don't know.

7        Q    Mark this as 21.  Have you ever seen

8    this document that I'm handing to you?

9        (Exhibit 21 marked for identification)

10       A    This was another document that was in

11   the packet that I received for the unemployment

12   benefits appeal hearing.

13       Q    This document refers to another

14   investigation by OCA, is that correct?

15       A    Yes.

16       Q    Do you recall an incident where a

17   patient complained that you urged her to hit her

18   head against the wall, degraded and escalated

19   patient to self-harm?

20       A    Yes.

21       Q    Do you remember being interviewed by OCA

22   regarding this incident?

23       A    I do.

24       Q    Do you remember when the incident that

25   led to this complaint occurred?  Strike that.

```
 1    Do you recall the facts that led to this report?
 2        A    No.
 3        Q    Do you remember being involved in a
 4    situation where a patient was hitting her head
 5    against the wall?
 6        A    A lot of them do, yes.
 7        Q    Do you remember this particular
 8    incident, though?
 9        A    Yes.
10        Q    Okay.  What happened in this incident?
11    And let's not use any patients' names during
12    this.  Just say the patient.
13        A    Well, this patient was upset and was
14    hitting her head on the wall.
15        Q    What did you do?
16        A    Tried to de-escalate her.
17        Q    How did you try to de-escalate her?
18        A    Tried talking to her.  That was it.  No
19    restraints or anything.  Brought in other staff
20    members to talk to her, bring her down.
21        Q    What other staff members were involved?
22        A    Rachel, the nurse, and Michelle.
23        Q    Did Riverside conduct its own
24    investigation and then OCA was called in?
25        A    I don't know.
```

```
 1        Q    What was the first notice you received

 2   that there was an investigation regarding this

 3   incident?

 4        A    There wasn't one.  Ms. Stacy, Stacy

 5   Bonham.  She would always come and just ask me

 6   some questions, so there wasn't a notice.

 7        Q    Who is Stacy Bonham?

 8        A    She was the lady from OCA who would

 9   always come over and talk to the kids and then

10   talk to staff if she had any questions.

11        Q    Do you know what her title was?

12        A    I don't.

13        Q    Was she a patient advocate?

14        A    I don't know.

15        Q    Is that what you understood her job

16   duties to be?

17        A    Yes.

18        Q    She worked for the State of Oklahoma,

19   Department of Human Services?

20        A    I don't know.

21        Q    Was that your understanding?

22        A    I guess.

23        Q    Was she a state employee?

24        A    I don't know.

25        Q    She would come and investigate
```

1    allegations of abuse at Riverside, is that

2    correct?

3       A    She would come in and investigate

4    anything, so I don't know if it was just abuse,

5    but, I mean, if she had a question, she'd ask.

6    I don't know.

7       Q    Do you remember anyone who worked for

8    Riverside asking you about this incident?

9       A    No.

10      Q    Who is Brenda Phillips?

11      A    She was a PRN.

12      Q    PRN MHT?

13      A    Yes.

14      Q    Did you have any problems with

15   Ms. Phillips?

16      A    No, except that she -- I liked her as a

17   person, but as a co-worker, I didn't like her.

18   She wasn't -- she didn't do much of anything.

19      Q    Didn't think she was a --

20      A    A good --

21      Q    -- effective MHT?

22      A    Yeah.  I didn't.  No, I didn't.

23      Q    What sort of things did she do that you

24   didn't think were effective?

25      A    I only worked with her maybe twice, and

1    if the kids got out of line or if they were --

2    property aggression or anything, she would run

3    the other way instead of backing me and trying

4    to de-escalate the situation, and I didn't like

5    that.

6        Q    Do you think you effectively

7    de-escalated the situation that we're discussing

8    on --

9        A    I think I did as much as I could.

10       Q    You're aware that OCA confirmed that

11   there was abuse in this situation?

12       A    I found that out when I read this during

13   the hearing.

14       Q    You were never made aware of this during

15   your employment at Riverside?

16       A    No, I was not.

17       Q    Mark this as 22, please.  Did you have

18   any particular problems with any particular

19   patients at Riverside?

20       (Exhibit 22 marked for identification)

21       A    Just one in particular.  She just didn't

22   like me.  She was always writing grievances,

23   always threatening to have me fired.  She was

24   always angry about something.

25       Q    Why do you think this particular patient

**Professional Reporters**
800.376.1006
www.proreporters.com

```
 1    remember any member of the Riverside staff

 2    having a discussion with you about a complaint

 3    that you erased a child's level from the board?

 4         (Exhibit 25 marked for identification)

 5    A    No.

 6    Q    Do you remember a grievance where a

 7    child complained that you took away all the

 8    child's possessions including the child's Bible?

 9    A    I do.  I remember she told me she wrote

10    it.

11    Q    What happened in that situation?

12    A    She was displaying some property

13    aggression and according to our unit handbook,

14    when they displayed property and physical

15    aggression, you remove all of their personal

16    belongings and according to Ms. Margie, who was

17    the therapist, except for in her case, her

18    glasses, which she needed, and their journals.

19    So everything was taken but her glasses and her

20    journal.

21    Q    What is property aggression?

22    A    They've torn their room apart, beating

23    on the door, punching holes in the walls, things

24    like that.

25    Q    Did you call her the devil?
```

```
 1    being shut on someone.

 2         Q    What was that discussion about the

 3    bathroom door being shut?

 4         A    From what I can remember, this patient

 5    was acting out and wanted to get into her

 6    bathroom, and her door was already shut, and I

 7    wouldn't open it for her, so I don't -- I don't

 8    really remember if -- I hope that's what it's

 9    about because I don't really -- it's hard to

10    read this, so I don't know.

11         Q    All right.  Some of the children have

12    problems reading and writing?

13         A    Yes.

14         Q    Did you ever help a child write a

15    grievance or fill out a grievance for them?

16         A    If they needed help spelling a word, I

17    would help them spell it.

18         Q    Do you understand that was part of your

19    job?

20         A    Yes.

21         Q    Make that 29, please.  Take a look at

22    that.  Is this the investigation you were just

23    referring to where Ms. Bonham asked you about

24    whether you shut the door on somebody or pushed

25    them down on the ground?
```

```
 1        A    No.
 2        Q    Do you remember being interviewed by
 3   Ms. Bonham regarding that incident?
 4        A    Vaguely.
 5        Q    On Page 7 of 8 underneath the portion
 6   that's a summary of your discussion with
 7   Ms. Bonham, looks like it's, I guess, the third
 8   paragraph there indicates that the resident does
 9   not like you.  Is this the same resident that we
10   were discussing earlier that you had a problem
11   with or that had a problem with you?
12        A    I'm sorry.  What was your question?
13        Q    Do you see in the -- I guess it's the
14   second paragraph where it indicates that this is
15   a resident that does not like you, is this the
16   same patient we were talking about earlier?
17        A    Yes.
18        Q    That you had a particular problem
19   dealing with?
20        A    That is correct.
21        Q    Do you remember Ms. Koch trying to
22   organize some sort of meeting or mediation
23   between you and this particular patient?
24        A    I do.
25        Q    Why did Ms. Koch organize that meeting?
```

1     A     Because I had complained several times

2   that this child is targeting me and nothing is

3   being done about it.   I don't know why this

4   child doesn't like me and it's a big issue on

5   the unit, and we had gone into Ms. Koch's office

6   to have a sit-down, but the patient refused to

7   talk about anything.

8     Q     Do you think Ms. Koch was trying to help

9   resolve the issue between you and that patient?

10    A     I do.

11    Q     Mark this as 35, please.   What did the

12  patients call Mr. Stone?

13        (Exhibit 35 marked for identification)

14    A     Mr. Jamie.

15    Q     Do you remember a grievance by a child

16  looks like alleging that you, "Made me pissed"?

17    A     No.

18    Q     "And lots of stuff to make me mad"?

19    A     No.

20    Q     Looks like it's a -- looks like there's

21  obviously handwriting that's not the child's.   I

22  assume it's not your handwriting.

23    A     No, it's not.

24    Q     Do you know if Ms. Bonham ever helped

25  children fill out grievances?

1    screaming and hollering, and she had come over

2    to see if she could help.

3        **Q    What do you recall about how this**

4    **investigation progressed?  Was the first contact**

5    **with anyone investigating this Ms. Bonham?**

6        A    No.   Actually, Mike Kistler had come to

7    me and said, "You're being investigated," and I

8    was like, "For what?" and he was like, "We've

9    got to move you to the north unit," and actually

10   it wasn't the north unit because one of their

11   workers didn't want to switch because they

12   didn't like working on the south unit.  So I was

13   actually being placed on one of the hardest

14   units to work, and I was not happy with that.

15   That was unacceptable to me, and that's how I

16   found out about this one.

17       **Q    Why did Mr. Kistler indicate he was**

18   **moving you out of the south unit?**

19       A    Because I was being accused of abuse.

20       **Q    Is that something that you had seen they**

21   **had done to other MHTs?**

22       A    When other MHTs had been accused of

23   abuse, they were actually suspended until their

24   investigation was over with.

25       **Q    Would you rather have been suspended?**

```
1        A     Absolutely.

2        Q     Why?

3        A     Because I didn't want to work on the

4    most aggressive traumatic unit at the facility.

5    I felt that I was being set up, put in a

6    position to where I was already being accused of

7    abuse and being put on that unit.  I was going

8    to have to physically restrain someone and be

9    accused of something else, and I didn't feel

10   that was fair or have that possibility come up.

11       Q     What unit were you placed on?

12       A     They called it the trauma unit.

13       Q     What types of patients were in the

14   trauma unit?

15       A     Severely aggressive patients.  I

16   couldn't even tell you.  It was ridiculous to

17   work over there.

18       Q     You mentioned that Mr. Kistler

19   initially informed you you were going to be

20   moved to the north unit?

21       A     Uh-huh.

22       Q     But an MHT on the north unit didn't want

23   to be transferred?

24       A     To the south unit.

25       Q     To the south unit.
```

```
 1        A    Again, yes.
 2        Q    Do you remember who that MHT was that
 3   didn't want to be transferred?
 4        A    Ms. Rhonda Adams.
 5        Q    Why do you say again?
 6        A    Because we had -- we've traded before.
 7        Q    When was that?
 8        A    I don't remember.
 9        Q    Was that during an investigation?
10        A    Yes.
11        Q    So you had previously been moved to the
12   north unit during an investigation?
13        A    Yes.
14        Q    Are you aware of any other MHTs that
15   were moved to different units during
16   investigations?
17        A    No.
18        Q    Are you saying it never happened or you
19   were never aware of any?
20        A    I wasn't aware of any because the MHTs
21   that I had known, which were mostly male, to be
22   under investigation for abuse were actually
23   suspended until the investigation was concluded.
24        Q    Were you aware of any other female MHTs
25   that were being investigated for abuse?
```

```
 1      A    No.

 2      Q    Why do you think sending you to the

 3   trauma unit was setting you up to fail?

 4      A    Because they were already having

 5   staffing issues and nobody wanted to work over

 6   there, and I feel as though they took this

 7   opportunity to say, hey, you know, she's already

 8   -- I mean, because this investigation came just

 9   before I was put on probation.  So, I mean,

10   that's why I feel like it was a setup because

11   they couldn't get me out any other way and this

12   was the only way.  There were incidents that

13   came up while I was on that unit as well, so I

14   worked there for about a week.  My co-workers

15   were forewarned to report me if I didn't

16   complete my job.

17      Q    You don't think it's appropriate for

18   them to keep an eye on someone who's under

19   investigation for abuse?

20      A    No, and I -- I mean, I think it's okay

21   to do that, but I also expressed to Mr. Kistler

22   that I would have preferred to have just been

23   suspended.

24      Q    What was his response?

25      A    I'm doing you a favor.
```

```
 1        Q    You didn't feel like that was a favor?

 2        A    Absolutely not.

 3        Q    You said they were short staffed already

 4   on the trauma unit?

 5        A    Yes.

 6        Q    Do you remember when you went to the

 7   trauma unit, the date?

 8        A    I don't.

 9        Q    Was it after this March the 23th, 2009

10   investigation that we're looking at?

11        A    I don't remember.  It was during this

12   time.  I don't remember what day it was.

13        Q    Do you remember who you worked with on

14   the trauma unit?

15        A    Ms. Angie.  What's Angie's last name?

16   Luster, I believe, and David Burgland.

17        Q    Anybody else?

18        A    I don't think so.

19        Q    Okay.  What race was Ms. Luster?

20        A    White.

21        Q    What race was Mr. Burgland?

22        A    White.

23        Q    Had they done something wrong to be

24   placed on the trauma unit or was that their

25   normal --
```

1      A    No.   They -- Ms. Angie hadn't been there

2   very long when the trauma unit opened up, so

3   that's where she went and Mr. Burgland was also

4   a new hire.

5      **Q    Is a trauma unit a place where they**

6   **typically put the new people?**

7      A    I don't know.   I mean, they had just

8   opened up the new building and three other units

9   were opened up, so I don't know.

10     **Q    And you mentioned that you had**

11  **previously been transferred to another unit**

12  **during investigations.   You were previously**

13  **swapped with Ms. Phillips, is that what you**

14  **said?**

15     A    No.   With Ms. Adams to the north unit.

16     **Q    Okay.   And you were okay with that**

17  **procedure or would you have preferred to have**

18  **been suspended during those investigations, too?**

19     A    I would have preferred to have been

20  suspended.

21     **Q    How come?**

22     A    Because per their handbook, it states

23  that if you are accused of abuse, you'll be

24  suspended until completion of the investigation.

25     **Q    Do you think the previous times you were**

 1    transferred to the north unit were to set you

 2    up?

 3        A    No.   The north unit was actually an

 4    easier unit to work.

 5        Q    How many times had you been transferred

 6    to the north unit during an investigation?

 7        A    Just once.

 8        Q    How many times were you transferred to

 9    the trauma unit during an investigation?

10        A    Just once.

11        Q    Were there any other times that you were

12    transferred somewhere else during an

13    investigation?

14        A    No.

15        Q    Were you ever suspended during an

16    investigation?

17        A    No.

18        Q    Okay.   Mark this as 37, please.   Do you

19    remember a situation where a patient complained

20    that you shut a door on her and threatened to

21    hit her?

22        (Exhibit 37 marked for identification)

23        A    No.

24        Q    Do you remember talking to Ms. Bonham

25    about an incident where a patient complained you

```
 1    shut a door on her and threatened to hit her?

 2        A    No.

 3        Q    Do you remember seeing this document

 4    during the unemployment procedure?

 5        A    I don't recall seeing this document, no.

 6        Q    Do you know who this refers to,

 7    Ms. Beheard, Behard?

 8        A    Oh.  Ms. B is what they called

 9    Ms. Belinda.  It appears like she's trying to

10    say, "Ms. B heard."

11        Q    Okay.  Who is Ms. B?

12        A    Belinda Southard.

13        Q    And that is an MHT on the north unit?

14        A    On the north unit, yes.

15        Q    Could we mark this as 38?  Thank you.

16    At some point did you have a meeting with Jordan

17    Cooke, David Goodgame and Duane Harris?

18            (Exhibit 38 marked for identification)

19        A    Yes.

20        Q    Who is Jordan Cooke?

21        A    I don't recall what her position is, but

22    I assume it has to do with HR.

23        Q    Okay.  Who is Duane Harris?

24        A    I guess he's the director of HR.

25        Q    Did you ever deal -- strike that.  Did
```

```
 1    you deal with Ms. Cooke and Mr. Harris regarding

 2    human resources issues?

 3         A    I don't understand your question.

 4         Q    Why is it your understanding that they

 5    were in human resources?

 6         A    Just because I had turned in some paper

 7    work for FMLA to Ms. Cooke and she was over at

 8    Riverside and I had met with Duane before during

 9    the hiring process over at the main facility.

10         Q    Okay.  So Mr. Harris handled HR

11    functions at the main facility and Ms. Cooke

12    handled HR functions at Riverside, is that

13    correct?

14         A    I don't know.  I would assume.

15         Q    But that was your experience?

16         A    Yes.

17         Q    When we say the main facility on

18    Riverside, what is the main facility?

19         A    Well, we call it the big mountain,

20    Shadow Mountain on 61st and Sheridan.

21         Q    Shadow Mountain is also a psychiatric

22    hospital?

23         A    Yes.

24         Q    And Riverside is part of the Shadow

25    Mountain system?
```

```
 1        A    Yes.

 2        Q    And that's a smaller psychiatric

 3   hospital?

 4        A    Yes.

 5        Q    But they're all in the same system?

 6        A    Are they all owned by the same company,

 7   Psychiatric Solutions?  Yes.

 8        Q    They were owned by Psychiatric

 9   Solutions.

10        A    Okay.

11        Q    How far away is Riverside from Shadow

12   Mountain?

13        A    Just a few miles.

14        Q    Did you ever work at the Shadow Mountain

15   facility?

16        A    No.

17        Q    How did this meeting occur?  How were

18   you informed that there was going to be a

19   meeting?

20        A    David Goodgame had come down to the unit

21   and asked if I could meet with them in the

22   conference room, and I said okay.

23        Q    Okay.  Then what happened?

24        A    And when I got there, Ms. Cooke was

25   there and Mr. Harris was there and so was
```

```
 1    Mr. Goodgame.

 2        Q    And what did they say to you?

 3        A    I don't really recall what was said, but

 4    this was given to me.

 5        Q    Well, did they discuss that they had

 6    received 20 patient grievances alleging patient

 7    rights violations?

 8        A    I don't recall.

 9        Q    Did they discuss that OCA had

10    investigated you on seven occasions?

11        A    I don't recall what was said during that

12    meeting.

13        Q    What does "call her grandma" mean?

14        A    "Call her grandma" was a term that we

15    are to use if we saw a co-worker who not

16    necessarily was being inappropriate, but if we

17    felt that they needed a timeout just to get

18    away, we'd say, "Go call grandma."

19        Q    Did you ever indicate to another

20    employee that they needed to take a timeout?

21        A    Did I?  No.

22        Q    Did anyone ever indicate to you that you

23    needed to take a timeout?

24        A    Yes.

25        Q    When was the first time that happened?
```

```
 1      A    The only time that's happened was when
 2   -- the last investigation when Ms. B had come
 3   over.
 4      Q    Did you think you needed to take a time
 5   out in that situation?
 6      A    No.
 7      Q    Have you ever discussed with Ms. B that
 8   you thought her telling you to call your grandma
 9   was inappropriate or unnecessary?
10      A    No, but what had happened was after I
11   received this, I showed it to her and I said,
12   "Look at this," and then she read it, and she
13   said, "That's not what I said," and she wrote a
14   statement in regards to what she said because
15   they had taken that and turned it completely
16   around.
17      Q    What did she say she said?
18      A    What I can remember from her letter that
19   she had written was that she didn't tell me to
20   go call my grandmother based on the fact that I
21   was engaging in negative behavior with a
22   patient, but that the patient was focused on me
23   and was upset, and I was on the phone with the
24   patient's father at the time which was why she
25   said, "Go call grandma," just to get me away so
```

1    the focus wasn't on me anymore.

2        Q    Was it discussed during this meeting

3    that you'd be placed on a performance

4    improvement plan?

5        A    Yes, it was.

6        Q    And that you would be placed on a 90-day

7    probationary period?

8        A    Yes, it was.

9        Q    Did they tell you that you would be

10   under close supervision during that time period?

11       A    What they told me was that once a week I

12   would need to write down things that had

13   happened on the unit and report it back to David

14   Goodgame and him and I would sit down and

15   discuss it.

16       Q    Did that ever happen?

17       A    No.

18       Q    Why did you refuse to sign this

19   document?

20       A    Because I wanted to review it first, and

21   I didn't also think it was fair that I was being

22   placed on 90 days probation after 20 or so

23   grievances and after seven investigations and

24   after I had already filed complaints with

25   outside agencies.  That's why I didn't sign it.

```
 1    I didn't think it was fair.

 2        Q    Are you aware of anyone else who had

 3    this many grievances?

 4        A    No.  I wasn't aware I had that many.  It

 5    was news to me.

 6        Q    Are you aware of anyone else who was

 7    investigated by OCA seven times?

 8        A    No.  It was news to me that I was.

 9        Q    You had spoken with OCA several times

10    based on the investigations we looked at, right?

11        A    Yes, and from what -- the conversations

12    that we had, not all of them were sit in the

13    conference room with a recorder.  It was kind of

14    Stacy come and ask me some questions like she

15    always did.  I didn't think anything of it nor

16    did I know I was being investigated.

17        Q    Were some of them sit in a conference

18    room with a recorder situations?

19        A    Twice there was.

20        Q    With Stacy?

21        A    No.

22        Q    Who did those investigations?

23        A    I don't recall.  They were different

24    people.  I don't know who they were.  And one of

25    those times was actually not for me because I
```

```
 1    was a witness in one of them.  One was geared

 2    towards me; the other one wasn't.

 3         Q    Okay.  Do you remember what the one that

 4    was geared towards you was investigating?

 5         A    I recall it being about the incident

 6    with the young lady who was hitting her head.

 7         Q    And that was not Ms. Bonham?  Is that

 8    what you testified?

 9         A    Yes.

10         Q    And you don't know who it was?

11         A    Yeah.  I don't know who it was.

12         Q    Were you told during this meeting that

13    if there were any other incidents, you might be

14    terminated?

15         A    During this meeting, I don't recall.

16         Q    Did you take this probationary period

17    seriously?

18         A    I did.  I received this on a Thursday.

19    That following Wednesday I was on vacation.  I

20    returned that Monday, and I was put on

21    suspension.  So I didn't have an opportunity to

22    take it as serious as I could have.

23         Q    Mark this as 39, please.  Are you aware

24    of any other employee at Riverside that was in a

25    similar situation to this that was placed on a
```

```
 1    probationary period?

 2         (Exhibit 39 marked for identification)

 3    A    No.

 4    Q    At some point did you file a complaint

 5    against Ms. Koch indicating that she helped a

 6    patient write a grievance against you?

 7    A    Yes.

 8    Q    What was the nature of that complaint?

 9    A    I don't recall because I haven't

10    reviewed any of those documents in a while, but

11    I do recall in a unit meeting in front of the

12    clinical staff as well as my co-workers, she did

13    admit to helping the patient of the last

14    investigation write that grievance.

15    Q    Do you know if your report was

16    investigated?

17    A    No, it was not.

18    Q    How would you know if it was

19    investigated?

20    A    Well, according to the handbook I'm

21    supposed to be notified when it is investigated,

22    when the investigation has concluded, and what

23    the results were.  I never received any of that.

24    Q    What was your problem with Ms. Koch

25    helping the patient fill out a grievance form?
```

```
 1        A    I didn't have a problem with her helping

 2   the patient.  I had a problem with her helping

 3   the patient with what to say, how to say it, and

 4   the details of it.  That's what I had a problem

 5   with.

 6        Q    How do you know that Ms. Koch helped the

 7   patient with what to say and the details?

 8        A    That's exactly what she stated in the

 9   meeting, which is what I put in my complaint.

10        Q    What did Ms. Koch say?

11        A    I don't recall.  I haven't looked at my

12   complaint in a while.

13        Q    Were you there when Ms. Koch was

14   assisting the patient writing the grievance?

15        A    No.

16        Q    Did you see the grievance that Ms. Koch

17   allegedly helped the child write?

18        A    No.

19        Q    How did you become concerned that

20   Ms. Koch might have helped the child write a

21   grievance?

22        A    Because the patient had told the other

23   staff members and they had told me.

24        Q    Who is they?

25        A    Ms. Woods and Mr. Johnson and Mr. Stone
```

1    come into contact with her very much, so...

2        Q    Was she an MHT?

3        A    Yes.

4        Q    Have you ever seen this statement?

5        A    No, I have not.

6        Q    Do you remember when Ms. Koch was trying

7    to explain what she had done regarding helping

8    the patient fill out the grievance form?

9        A    No, because after she had said she

10   helped, I needed to go call grandma then.

11       Q    You mad at Ms. Koch?

12       A    Absolutely.

13       Q    Was Ms. Wilcox present during that

14   meeting?

15       A    I don't remember.

16       Q    Mark this as 41.  Is there anything in

17   this statement that you think not accurate?

18       (Exhibit 41 marked for identification)

19       A    I don't know.

20       Q    You don't know if you disagree with

21   anything in that statement?

22       A    I disagree with the part that she stated

23   "Margie said she helped her write -- helped her

24   with a few words she couldn't spell herself."

25       Q    What about that do you disagree with?

```
 1      A    The entire thing.

 2      Q    Margie didn't say that?

 3      A    I don't know.  I wasn't in the room.

 4      Q    Could this patient read and write?

 5      A    Somewhat, yes.

 6      Q    Did she need help reading and writing?

 7      A    Reading on occasion if she didn't

 8   understand a word, yes.  Writing for the most

 9   part she could handle, but if she needed help

10   spelling a word, she'd ask.

11      Q    Did you ever help that particular

12   patient fill out a grievance form?

13      A    No.

14      Q    Did you ever help that patient write

15   anything?

16      A    I've helped her with her schoolwork,

17   yes.

18      Q    Patients attend school while they're at

19   the facility?

20      A    Yes.

21      Q    Do you think Ms. Koch didn't like you?

22      A    Yes.

23      Q    Why don't you think she liked you?

24      A    Because I was black and female and she

25   doesn't get along with females very well.
```

```
 1    and you're only letting the males know and I

 2    don't think that's right because I'm also a part

 3    of this unit and I feel as though I need to be

 4    included on what's going on, if there are any

 5    changes made because, first of all, they're not

 6    going to remember."  That was just it.

 7         Q    What was your response to that?

 8         A    That was actually me talking to her.

 9         Q    Oh.  What was her response to that?

10         A    I don't get along with females very

11    well.  That's how that whole thing came about.

12         Q    What was your response?

13         A    "Okay."  What do you say to that?

14         Q    Do you get along better with males or

15    females?

16         A    I get along with both.

17         Q    So you said Ms. Koch didn't keep you

18    updated on things that were going on on the unit

19    and you think that was because you were a

20    female, is that correct?

21         A    Yes, and because she preferred to work

22    with males.

23         Q    Anything else that Ms. Koch did you

24    think was based on the fact that you were a

25    female?
```

```
 1        A    Other than those things, no.

 2        Q    Any other reason you don't think

 3   Ms. Koch liked you?

 4        A    Probably because she thought I was a

 5   bitch.

 6        Q    Why do you think she thought you were a

 7   bitch?

 8        A    Because she would tell patients'

 9   guardians that and they would speak on the phone

10   and they'd say, "You know, Ms. Margie doesn't

11   like you very well."

12        "What?  What do you mean?"

13        "No.  She calls you a bitch.  She doesn't

14   like you very well."

15        Q    Patients' parents would tell you that?

16        A    Guardians, yeah.

17        Q    Oh.  Guardians?

18        A    Uh-huh.

19        Q    What was your response to that?

20        A    I'm flabbergasted.  First of all, why

21   are you discussing your dislike with me with

22   them?  I mean, I think that's inappropriate for

23   one.  Number two, if you have any concerns with

24   me, bring them to me.  Don't tell anybody else

25   about them.  I don't want those patients to
```

1   think we're not a whole unit, you know.  We're

2   not on the same page.  I thought that was just

3   very inappropriate, disrespectful.

4        **Q    Did you ever address that with Ms. Koch?**

5        A    I did not.  I just made my complaints.

6        **Q    Did you do anything that would make her**

7   **think you were a bitch?**

8        A    No, except for complaining about her

9   probably.  That would be it.

10       **Q    You think that was some sort of**

11  **personality conflict between the two of you?**

12       A    It's a possibility.

13       **Q    Do you think Ms. Koch had a problem with**

14  **you because of your race?**

15       A    I think that played a little into it,

16  yes.

17       **Q    Why do you think that played into it?**

18       A    Because she would also tell these same

19  guardians how much she didn't like black people.

20  She'd make negative racist comments and they

21  would tell me, but then when Mr. Stone would,

22  you know, bring it to her attention, she'd say,

23  no, that was them who would say that, and, you

24  know, it's like okay.  Who do you believe now?

25  No one.  So everybody is a racist.

**Tashia Taylor**          **11/22/2010**                    **105**

1      Q     So you're saying that Ms. Koch allegedly

2  made racist statements to guardians and the

3  guardians would tell you?

4      A     Myself and Mr. Jamie, yes, but I've also

5  heard her make racial comments in the presence

6  of patients.

7      Q     What kind of racial comments did she

8  make?

9      A     Just about black people, how terrible

10  the country would be if a black man was running

11  it, you know, things like that.  She nearly

12  incited a riot that day.

13      Q     And this is the day of President Obama's

14  inauguration?

15      A     That is correct.

16      Q     Okay.  So the country would be terrible

17  if we had a black president?  That what you're

18  alleging she said?

19      A     She stated how terrible the country

20  would be if a black man was running it is what

21  she stated.

22      Q     Any other racist comments that she made?

23      A     Not that I can recall.

24      Q     Did you actually hear her say that the

25  country would be terrible if a black man was

```
 1   know, once they say that, I kind of don't want
 2   to -- you know, what else did she say?  No,
 3   that's not me.  Just that's enough for me, but
 4   more than one guardian has come to me and told
 5   me that she doesn't like black people, niggers,
 6   you know.
 7        Q    Who used the N word then?
 8        A    Ms. Koch did.
 9        Q    According to the guardians?
10        A    Yes.
11        Q    You never heard Ms. Koch say she doesn't
12   like black people?
13        A    No.  I never heard her say that myself.
14        Q    You never heard Ms. Koch use the N word?
15        A    No.
16        Q    You received those reports from
17   guardians?
18        A    I'm sorry?
19        Q    You received those reports from
20   guardians?
21        A    Yes, when I would talk to them over the
22   telephone or if I had met with them in the
23   lobby.
24        Q    Okay.  Did Ms. Koch do anything to you
25   based on your race or gender or just make these
```

```
 1   comments that you feel are racist?

 2        A    She just made the comments that I felt

 3   were racist besides being discriminatory against

 4   me as a female when it came to concerns of the

 5   unit.  Those were basically it with her.

 6        Q    As far as her not keeping you up to

 7   speed on what was happening?

 8        A    And not wanting to deal with me as a

 9   female, things like that.  Just not including

10   me.

11        Q    Ms. Koch didn't make any decisions about

12   your pay or assignments or anything, did she?

13        A    I don't know.

14        Q    Is this the incident report you

15   submitted regarding the alleged comment about

16   the president?

17        A    No.

18        Q    Okay.  What is this document that I

19   handed you?

20        A    This is the complaint against Margie for

21   assisting a patient and filing a false report

22   against me lodging an external investigation.

23        Q    Okay.  And that's the incident that we

24   discussed earlier, is that correct?

25        A    Yes.
```

1       Q    So you understand the importance of

2    confidentiality and patient privacy?

3       A    I do.

4       Q    Make this 43, please.   There's an

5    incident on or about May the 4th of 2009

6    regarding an alleged knife in the facility.

7         (Exhibit 43 marked for identification)

8       A    Yes.

9       Q    What happened in that situation?

10      A    That situation, myself and Mr. Jamie had

11   come on shift.  We had gotten about halfway

12   through the shift when the kids had told us --

13   they were all just kind of sitting at the round

14   table and we were just sitting and chatting and

15   they said one of the patients had brought a

16   knife back Sunday from an overnight pass that he

17   had on Saturday, and myself and Mr. Jamie of

18   course asked, "Why didn't you guys tell staff?

19   Why are you guys waiting till now to say

20   anything about it?"

21      "We told 7:00 to 3:00 staff, but they never

22   do anything about it."

23      So myself and Mr. Jamie, we pulled that

24   patient to the side, let him know that this is

25   what we were told.  We had him empty his

```
 1        A    Yes.

 2        Q    You and Mr. Stone were involved in the

 3   investigation of the alleged knife that turned

 4   out to be a pen?

 5        A    I don't know if he was.  I was targeted,

 6   but I don't know if he was.

 7        Q    I'm saying you were investigating

 8   whether or not a patient had a knife?

 9        A    Yes, we both did.

10        Q    And did you report it to anyone else

11   other than Ms. Adkins?

12        A    The nurse.

13        Q    And you don't remember the nurse's name?

14        A    I don't remember her name.  Summer I

15   think was her name, but I don't know her last

16   name.

17        Q    Okay.  At that point you were still on

18   the trauma unit?

19        A    No, I was back on the south unit.

20        Q    On the south unit?

21        A    Uh-huh.

22        Q    How long were you on the trauma unit?

23        A    I think it was just about a week.  I

24   went on FMLA for about 20 or so days, and when I

25   had come back, I was told I could return to the
```

```
 1    south unit, and I returned April 20th.

 2        Q    Did you have any issues while you were

 3    on the trauma unit as far as receiving

 4    complaints or grievances from patients?

 5        A    No, but there was an incident where

 6    myself and David Burgland, the guy who was the

 7    core staff on the unit, we had to escort a

 8    patient out of the utility closet where

 9    chemicals and things were, and the director of

10    nursing, Pam Hoskins, had told us because she

11    wasn't present, we didn't need to file an

12    incident report or do the paper work for it.

13    Let Ms. Michelle know.  We called David, and I

14    said, "Huh-uh, because somebody else was fired

15    for that just the week before.  You guys got to

16    get me another way."  So he said, "All right.

17    Just do the paper work and turn it in under my

18    desk -- or under my door," and I did.

19        Q    So are you implying that that was some

20    sort of trick to get you fired?

21        A    I felt it was, yes.

22        Q    Who was responsible for that then?

23        A    Pam Hoskins.  She was the director of

24    nursing.

25        Q    Do you think Ms. Hoskins was trying to
```

1    A    No.   Myself and Mr. Stone didn't find a

2    pen.  Ms. Michelle found a pen.

3        Q    Okay.  You and Mr. Stone bagged the pen?

4    A    Yes, put it in a plastic Ziploc bag and

5    turned it into the nurse.

6        Q    What was the next you heard about the

7    knife/pen investigation?

8    A    When I received a phone call from

9    Ms. Cooke stating that I was being investigated

10   for the knife incident, and that was -- that was

11   that same day, the 4th.  I had just returned

12   from vacation.

13       Q    Was the vacation preplanned or was the

14   vacation because of all this stuff?

15   A    No.  It was preplanned.

16       Q    What did you do on your vacation?

17   A    I went to South Beach.

18       Q    Sounds nice.

19   A    Yeah.  It was a good time.

20       Q    So you come back to work and Ms. Cooke

21   called you.  What did Ms. Cooke say?

22   A    I don't recall.

23       Q    Did she indicate that there was an

24   investigation going on about the pen?

25   A    Yes.

```
 1        Q    Do you remember what you said to

 2   Ms. Cooke?

 3        A    I told her if I was being investigated I

 4   would be recording this conversation.

 5        Q    Do you remember what her response was?

 6        A    I'll have to get back to you on that.

 7        Q    Did she get back to you on that?

 8        A    No.  David Goodgame had come down and

 9   asked to come and speak with him.

10        Q    What did you say to Mr. -- or

11   Dr. Goodgame?

12        A    I said, "Okay, but any conversation

13   we're going to have, I'm going to record it."

14        Q    Why did you want to record the

15   conversation?

16        A    Because I had been investigated and from

17   the last one words were taken and misconstrued,

18   and I didn't want that to happen again.  That's

19   why.

20        Q    Okay.  Do you know if anyone else was

21   disciplined regarding the pen/knife incident?

22        A    No, I do not.

23        Q    Did you ever talk to Mr. Stone about

24   whether he was disciplined about that incident?

25        A    No.
```

```
 1        Q    Have you talked to Mr. Stone since you

 2   were terminated from Riverside?

 3        A    I sent him a Facebook message in regards

 4   to a CD he had released, but other than that,

 5   no, I haven't talked to him.

 6        Q    Mr. Stone is a musician?

 7        A    Well, I wouldn't say a musician.   He

 8   sings and records songs and stuff, so...

 9        Q    Were you ever disciplined because of the

10   knife incident?

11        A    I was indefinitely suspended because I

12   didn't comply with their, what they said, didn't

13   comply with their investigation.

14        Q    What was the reason that they gave you

15   for not allowing you to record the interview?

16        A    They didn't give a reason.   I told them

17   it's not against HIPAA, and I said, but if you

18   guys choose to not let me record, I would like

19   to have another person present, and they didn't

20   want to do that either.

21        Q    Were you aware of them ever letting

22   anyone else record an interview or an

23   investigation?

24        A    No.

25        Q    Are you aware of them ever allowing
```

1   anyone else to have someone sit in on an

2   investigation or an interview?

3       A    I don't know.

4       Q    So no?

5       A    I don't know if they have.  I don't

6   know.

7       Q    Okay.  Did you indicate that you would

8   not speak with them unless you could have

9   someone sit in or record the conversation?

10      A    Yes.

11      Q    So based on that, they suspended you?

12      A    Yes.  They said, "Where we're at with

13  you," from David Goodgame, "is you're

14  suspended."

15      Q    Did you think that was fair?

16      A    No.

17      Q    Do you think that was based on your

18  gender?

19      A    No.

20      Q    Do you think that was based on your

21  race?

22      A    No.

23      Q    What do you think it was based on?

24      A    I think it was retaliatory based on the

25  complaints that I made with the Department of

```
 1        Q    Was it before you were transferred to
 2   the trauma unit?
 3        A    Yes.
 4        Q    What was your complaint?
 5        A    I don't recall.  I haven't looked at it
 6   in a while.  I don't have it with me.
 7        Q    You do have a copy of it, though?
 8        A    I do.
 9        Q    Did Dr. Goodgame take your badge and
10   keys from you when you refused to participate in
11   the investigation without a witness or a
12   recording?
13        A    Yes.  He did take my badge and keys.
14        Q    And you were asked to get your things
15   off the unit?
16        A    Yes.
17        Q    Did you make a phone call at that point?
18        A    I did.
19        Q    Who did you call?
20        A    I called my mother.
21        Q    Told her that they suspended you?
22        A    Yes.
23        Q    Did Dr. Goodgame ask you not to use the
24   phone in the facility?
25        A    I don't recall him saying that to me,
```

1    no.

2       Q    Are you aware of Riverside's policy

3    prohibiting phones on the --

4       A    There was a document that had come out

5    that I received in the packet for the

6    unemployment hearing, that there was a memo that

7    had come out that I wasn't aware of.  It was on

8    April the 20th, and I had just come back.  I had

9    never signed a training status that I was aware

10   of it.  No, I was not aware of it.  I had been

11   gone for nearly a month.

12      Q    Okay.  So you're saying the phone policy

13   was implemented while you were out?

14      A    That is correct.

15      Q    And you were not aware of it when you

16   came back?

17      A    That is correct.

18      Q    Do you know if any of the patients were

19   upset by your conversation they overheard when

20   you were speaking with your mother on your cell

21   phone?

22      A    I don't know.

23      Q    Were there kids present at that time?

24      A    Yes.  They were having group actually, I

25   think.

Tashia Taylor                11/22/2010                           132

```
 1          Q    Do you remember receiving this letter?

 2          A    Yes.

 3          Q    And this indicates that you're being

 4    terminated, is that correct?

 5          A    Yes.

 6          Q    And I assume that you disagree with the

 7    reasons for your termination?

 8          A    Yes.

 9          Q    Okay.  Mark this as 45, please.  What

10    time do you need to leave?

11          (Exhibit 45 marked for identification)

12          A    It's about 20 minutes from here, so if

13    we could be done by 2:00, because I've still got

14    to get changed, that would be awesome.

15          Q    I'll do my best.

16          A    Okay.

17          Q    Do you think your termination was based

18    on your race or gender?

19          A    I feel as though it played a small part

20    in it based on the complaints that I made, but I

21    feel my termination was more retaliatory than

22    anything.

23          Q    Okay.  Is retaliatory based on you

24    mentioned the DOL complaints you made?

25          A    And the EEOC complaints.
```

```
 1        Q    Did you complain to the EEOC before you
 2   were terminated?
 3        A    Yes.
 4        Q    Did Riverside know that you complained
 5   to the EEOC before you were terminated?
 6        A    Yes.
 7        Q    Okay.  What other complaints are you
 8   alleging that you were retaliated against?
 9        A    For making a complaint about falsifying
10   documentation.  I think that's it.
11        Q    Okay.  The documentation issue, what was
12   that?
13        A    E-mails are being sent out and they're
14   trying to keep up with patients' charts and
15   everything.  A lot of them had missing
16   information especially from MHTs who were no
17   longer there.  They would come to staff who was
18   on that unit and say, oh, well, so and so -- you
19   worked with so and so that day, but they're no
20   longer here.  We don't have their progress notes
21   for this day, so you need to write it.  This
22   would be months after these people were gone,
23   and Krista Rosebrough, she would send out
24   e-mails about missing information from patients'
25   charts and things like that.  Not only that, but
```

```
 1    Michelle Adkins was, I witnessed this myself,
 2    have Mr. Kistler and Krista come to her and
 3    coerce her into mass producing recreational
 4    therapy notes as well as putting in ones that
 5    were missing, just making them up.  I was a
 6    witness to this.  So, yes, I did -- she -- I had
 7    told her she needed to complain about that, file
 8    a complaint so that they can't keep doing that.
 9    I told her who it's going to come down to, who's
10    going to get in trouble for it.  You are because
11    your name is on it.  Don't do it.
12         Q    Okay.
13         A    So I filed the complaint.
14         Q    Who did you file the complaint with?
15         A    With the ValuesLine.
16         Q    How many times did you call the
17    ValuesLine?
18         A    Several times.  I don't recall the
19    number to be exact, but there was several times.
20         Q    Is the ValuesLine anonymous?
21         A    Yes, you can be anonymous.
22         Q    Did you choose to be anonymous?
23         A    On some, yes, I did.
24         Q    Okay.  Which ones were you anonymous on?
25         A    I don't recall.
```

```
 1      Q    The racial one?

 2      A    I don't believe so, no.

 3      Q    The falsifying documents one?

 4      A    I don't think so.

 5      Q    You don't remember?

 6      A    Yeah, I don't remember.

 7      Q    Why don't we take five minutes and go to

 8   the restroom or whatever.

 9      A    Okay.

10      (Short break at 12:45 p.m., resumed at 12:52

11                        p.m.)

12      Q    (BY MS. MCDOWELL)  We're back on the

13   record after a quick break.  Do you remember

14   writing that statement on Facebook about Satori?

15      A    Yes.

16      Q    Is that an accurate description of your

17   feelings towards the Satori method?

18      A    Absolutely.

19      Q    Can we make this 46, please?  Who is

20   Peanut Taylor?

21      (Exhibit 46 marked for identification)

22      A    That's my brother.  That's Claude.

23      Q    Does he work at Riverside or Shadow

24   Mountain?

25      A    He worked at Shadow Mountain briefly.
```

```
 1        Q    Have you had any other negative

 2   discussions with anyone about Satori?

 3        A    Yeah, just with co-workers.  I mean,

 4   we've always discussed how Satori doesn't work.

 5        Q    What is Cato?

 6        A    That's his last name.

 7        Q    Oh.   What is the Cato method?

 8        A    I don't know.  I don't know.

 9        Q    Okay.   Have we discussed all the

10   allegations you allege you were discriminated

11   against based on your gender?

12        A    Yes.

13        Q    Have we discussed all the incidents

14   where you allege you were discriminated against

15   based on your race?

16        A    Yes.

17        Q    Have we discussed all the incidents

18   where you allege you were retaliated against?

19        A    Yes.

20        Q    Who at Riverside do you believe

21   discriminated against you?

22        A    Margie, and I also feel as though there

23   was a nurse.  I forget his name.  He did as

24   well, but he quit, so -- but I also feel I was

25   discriminated against by Mr. Kistler as well in
```

```
 1   regards to not suspending me when others had

 2   been suspended during an investigation.

 3        Q   Is that the only thing that Mr. Kistler

 4   did that you believe was discriminatory?

 5        A   Yes.  In regards to retaliation, he told

 6   me and Mr. Jamie both that he knew it was me who

 7   was making all of the complaints and

 8   allegations.

 9        Q   Okay.  Do you think Mr. Kistler did

10   anything to retaliate against you based on those

11   complaints?

12        A   I feel as though he helped to initiate

13   the 90-day probation because it came about after

14   all 20 grievances, all seven or eight

15   investigations at the last minute.  I had been

16   gone on FMLA, come back and here you go, sign

17   this.  So I feel he had a hand in it as well.

18        Q   Okay.  So the retaliation was --

19        A   Sorry.  I took that.

20        Q   -- Mr. Kistler you allege and the

21   discrimination was Ms. Koch, is that accurate?

22        A   Yes.

23        Q   Okay.  You don't allege that Ms. Koch

24   retaliated against you, is that true?

25        A   That is correct.
```

```
 1        Q    Okay.  Because she was more of a

 2   co-worker than a supervisor?

 3        A    Right.

 4        Q    Okay.  The nurse who quit, what did the

 5   nurse who quit do that you believe was

 6   discriminatory?

 7        A    He made racist comments as well, and he

 8   was very disrespectful, and he would like to

 9   start arguments, and he referred to black people

10   as you people and started an argument in front

11   of patients and I just felt that was

12   inappropriate.

13        Q    Do you know if that nurse was fired?

14        A    I don't know.

15        Q    Do you know if he was investigated for

16   these alleged comments?

17        A    Well, I made a complaint with the

18   ValuesLine, so I would assume, yes.

19        Q    And the next thing you knew he was gone?

20        A    Yes.  I just assume he quit because he

21   hated it there.  He had stated a lot he hates it

22   there.

23        Q    But you don't know if he was

24   investigated and fired because of your

25   complaint?  You just know that you complained
```

```
1   and then he was gone?

2       A   Yes.

3       Q   So I have Ms. Koch, Mr. Kistler, and the

4   nurse who quit.   Anybody else?

5       A   No.

6       Q   So that covers race, the gender, and the

7   retaliation claim, correct?

8       A   Yes.

9       Q   Did anyone replace you when you were

10  terminated?

11      A   I don't know.

12      Q   Is it a situation where they have a

13  particular spot and they replace people as

14  they're fired or quit or do they just kind of

15  hire as needed?

16      A   I think they hire as needed and until

17  that position is filled, I'm pretty sure

18  somebody was taking extra shifts.   I don't know.

19      Q   Okay.   You never heard Mr. Kistler make

20  any racist or gender --

21      A   No.

22      Q   -- related remarks?   Is this an accurate

23  list of individuals with whom you worked?

24      A   That was his name.   From earlier, you

25  asked who helped interview me.   Byron Watson was
```

```
 1        Q    And this is your signature indicating

 2   that everything in here is true and correct

 3   signed on May the 27th, 2009, is that correct?

 4        A    That is correct.

 5        Q    Why don't you take a minute to look over

 6   this, and let me know if everything in here is

 7   true and correct?

 8        A    Yes.

 9        Q    And have we talked about everything

10   that's in this EEOC charge?

11        A    Yes, we have.

12        Q    Mark this, please, as 48.  Do you know

13   when Riverside was first informed that you had

14   filed an EEOC charge?

15        (Exhibit 48 marked for identification)

16        A    No, I do not.

17        Q    How did you know to go to the EEOC?

18        A    I had talked to my mother about some of

19   the issues that was going on, and she told me to

20   file it with the EEOC.

21        Q    Have you been in contact with any

22   attorneys about your lawsuit?

23        A    Yes.  Initially when I first filed --

24   before I filed the lawsuit, I spoke with an

25   attorney, gave me some advice, and suggested
```

1    gender and that they retaliated against you by

2    terminating you?  Is that an accurate summary of

3    your allegations?

4        A    Yes.

5        Q    You're not alleging a hostile work

6    environment, is that true?

7        A    That is correct.  That was a part of my

8    initial complaint with the EEOC, but I did not

9    file that with this lawsuit, no.

10       Q    Okay.  So you made complaints and you

11   don't know whether or not Riverside investigated

12   those complaints, is that accurate?

13       A    That is correct.

14       Q    They had a complaint-making procedure in

15   place?

16       A    Yes.

17       Q    And you don't know whether they took

18   action to fix the issues you were complaining

19   about, is that true?

20       A    That is true.

21       Q    The trauma unit is the most difficult

22   unit you refer to in the complaint?

23       A    Yes.

24       Q    Who is April Burgin?

25       A    April Burgin.  I worked with her on the

1    autism unit when I first started at Riverside.

2        Q    Uh-huh.  So you're alleging that she

3    admitted spitting on a male patient?

4        A    That is correct.

5        Q    And you're alleging that she was treated

6    better than you were?

7        A    That is correct.  I was only accused of

8    these things and she admitted to it, and I was

9    still subjected to many more investigations.

10       Q    How do you know that Ms. Burgin admitted

11   to spitting on a patient?

12       A    She told me.  She had a meeting with --

13   David Goodgame was our therapist at the time,

14   and she had come back to the unit and we talked

15   about it.

16       Q    What did she say?

17       A    I don't recall what the entire

18   conversation was.  I just remember her telling

19   me that it was because she spit on one patient

20   who was just a hot mess, really oppositional,

21   and I asked her, "Did you mean to spit on him?"

22   and she said, "Yes.  I just hocked back and spit

23   on him."  I said, "That's so gross."  I mean, I

24   was new.  I thought that was just gross.

25       Q    She was interviewed then by the

1   administration regarding that incident?

2       A    Well, she talked to Dr. David about it.

3   I don't know if there was an investigation or

4   anything.

5       Q    Okay.  Do you know if she was

6   disciplined for that?

7       A    I do not.

8       Q    Did she say whether she was disciplined?

9       A    I don't remember.  I want to say she

10  told me that she was written up for it, but I

11  can't recall exactly if that's what she told me.

12      Q    Chris Fields is a black male who you

13  allege would take breaks, smoke marijuana, and

14  smell like liquor?

15      A    I don't know if he would smoke

16  marijuana.  I just know when he would come back

17  from his extended breaks, he would smell like

18  marijuana and his eyes would be bloodshot, but I

19  -- you know.

20      Q    You had never seen him smoke marijuana,

21  but he smelled like it?

22      A    Yeah, he smelled like it.  I never saw

23  him smoke it.  I saw him smoke cigarettes on the

24  property, but not marijuana.

25      Q    Is smoking cigarettes on the property

1    against the rules?

2        A    It is.

3        Q    Are you alleging that Mr. Fields was

4    treated better than you were?

5        A    Absolutely because after all these

6    complaints were made against him, and after it

7    was brought to Mr. Kistler's attention and he

8    interviewed the 3:00 to 11:00 staff, and after I

9    told him what I saw, he wasn't suspended, he

10   wasn't written up.  He just went on about his

11   regular day as normal.

12       Q    Did you report Mr. Fields?

13       A    I'm the one who wrote the letter, yes.

14       Q    Was it an anonymous letter?

15       A    It was, and when Mr. Kistler asked to

16   speak with me about it, I told him I did.

17       Q    What did he say when he asked to talk to

18   you about it?

19       A    He asked me if I knew of anything that

20   was going on during the 3:00 to 11:00 shift with

21   Mr. Fields and I told him yes, and he asked me

22   what and I told him.

23       Q    Do you know if Mr. Fields was ever

24   disciplined regarding any of these issues?

25       A    I cannot say that I am aware of him

```
 1   being disciplined for it.

 2       Q   Do you know if Mr. Fields still works

 3   there?

 4       A   I don't know.

 5       Q   Why isn't Mr. Fields on our list of

 6   people who worked with you?

 7       A   Because he worked on the autism unit,

 8   which our units were right across from each

 9   other.

10       Q   And this is a list of people who worked

11   with you on the south unit?

12       A   I didn't work with all of these people.

13       Q   Are these all people who worked on the

14   south unit then?

15       A   Probably at one point, yes, but I

16   haven't worked with all of them.

17       Q   Is there anyone else who you're alleging

18   was treated better than you besides Ms. Burgin

19   and Mr. Fields?

20       A   No.

21       Q   Okay.  Do you remember when you reported

22   Ms. Koch to the HIPAA compliance office?

23       A   We had a recertification class that we

24   were doing.  I don't remember when it was.  I

25   believe it was the beginning of 2008.  I don't
```

```
1                      CERTIFICATE

2      STATE OF OKLAHOMA   )

3                          )SS:

4      COUNTY OF OKLAHOMA )

5          I, D. LUKE EPPS, Certified Shorthand

6      Reporter within and for the State of Oklahoma,

7      do hereby certify that the witness was by me

8      first duly sworn to testify the truth, the whole

9      truth and nothing but the truth, in the case

10     aforesaid; taken in shorthand and thereafter

11     transcribed; that the same was taken, pursuant

12     to stipulations hereinbefore set out; and that I

13     am not an attorney for nor relative of any of

14     said parties or otherwise interested in the

15     event of said action.

16         IN WITNESS WHEREOF, I have hereunto set my

17     hand and seal this 29th day of

18     November, 2010.

19

20

21

22

23     _____

24     D. Luke Epps, CSR, RPR

25     CSR No. 1841
```